# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

_Matthew S. Gatlin_
Name under which you were convicted

_281586_
Your prison number

vs.

CIVIL ACTION NO. _14-63-KD·M_
(To be supplied by Clerk of Court)

_Warden Cynthia Stewart_
Name of Defendant(s)

_Jury Demand_

_Fountain Corr Facility 3800 Fountain Atmore, AL 36503_
Place of Confinement and Address

FILED FEB 14 '14 PM 12:44 USDCALS

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>.  You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten.  Do not use the back of a page.  Your complaint must be signed by you; no notary is required.  <u>Any false statement of material fact may serve as the basis for prosecution for perjury.</u>

B. <u>Proper Court</u>.  Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district.  The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>.  It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>.  The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action.  A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished.  The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed  without prepayment of fees and costs, if applicable, and any other

Rev. 4/10/06

pleading filed with the Court.

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $350.00 filing fee or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

## I. PREVIOUS LAWSUITS.

A.  Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes ( )     No (✓)

B.  Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes ( )     No (✓)

C.  If your answer to questions A or B above is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1.  Parties to this previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

2.  Court (if federal court, name the district; if state court, name the county): _____

_____

3.  Docket Number: _____

4.  Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )   No ( )

5.  Name of judge to whom the case was assigned: _____

6.  If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_____

_____

_____

7.  Approximate date of filing lawsuit: _____

3

8. Approximate date of ruling by court: _____

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: *Fountain Corr Facility*

B. Date it occurred: *Febuary 3, 2014*

C. Is there a prisoner grievance procedure in this institution? *No*

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )     No (✓)

E. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

F. If your answer is NO, explain why not: *Alabama Dept of Corr has no grievance*

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

*On January 31, 2014 I was busted by Alabama Dept of Corrections K9 unit for having contraband. I was placed in segregation at Fountain Corr Facility and On Febuary 3, 2014 I was speaking to Captein Gilcrest and Sgt Drew [K9 unit] and Lt Lane segregation supervisor informed me he was placing me in the Hot dorm. I advised these individuals I could not be placed around other inmates because of the Contraband I was busted with I would be attacked. Lt Lane Informed me I had no Choice in the matter and I sent the defendant a inmate request Concerning this. I was then placed in the Hot dorm and within in two hours I was Viciously attacked by two inmates. I was beaten and stomped all in my face and*

4

body. The defendant neglected to protect me after I informed her I would be attacked. There is a copy of a medical body chart of all my injuries I sustained from this attack in the medical department.

III. PARTIES. Dated Febuary 3, 2014,

A. Plaintiff (Your name/AIS): Matthew S. Gatlin #281586

   Your present address: 3800 Fountain Atmore, AL 36503

B. Defendant(s):

1. Defendant (full name) Cynthia Stewart is employed as Warden at Fountain Corr Facility

   His/her present address is 3800 Fountain Atmore, AL 36503

   (a)  Claim against this defendant: Negligence

   (b)  Supporting facts (Include date/location of incident):

   On 2-3-14 I was viciously assaulted after defendant and other staff under her supervision were informed this would happen before it happen

2. Defendant (full name) _____ is employed as _____

at _____

   His/her present address is _____

   (a)  Claim against this defendant: _____

   (b)  Supporting facts  (Include date/location of incident):

   _____

   _____

   _____

3. Defendant (full name) _____ is employed as _____

at _____

5

His/her present address is _____

(a)  Claim against this defendant: _____

_____

(b)  Supporting facts  (Include date/location of incident):

_____

_____

_____

C.  Additional Defendants:  (If there are additional defendants, you may list them on separate pages using the same outline above).

IV.  A.  You must answer the following questions:

1.  State the conviction(s) for which you are presently incarcerated: _Burglary III_

_____

2.  When were you convicted? _Sept 13, 2010_

3.  What is the term of your sentence? _10 years_

4.  When did you start serving this sentence? _9/13/2010/11/2011_

5.  Do you have any other convictions which form the basis of a future sentence?
    Yes ( )     No (✓)

If so, complete the following:

(a)  Date of conviction: _____

(b)  Term of sentence: _____

6.  What is your expected end of sentence (E.O.S.) date?   _____

B.  If this present lawsuit concerns your criminal conviction or sentence,
state whether your conviction has been:

|          | Conviction      | Sentence        |
|----------|-----------------|-----------------|
| Reversed | yes( ) no( )    | yes( ) no( )    |
| Expunged | yes( ) no( )    | yes( ) no( )    |

6

Invalidated       yes( ) no( )          yes( ) no( )
Writ of habeas  yes( ) no( )          yes( ) no( )
  corpus granted

C.  If you answered yes to any of the questions, state the Court or entity that relieved you from your
    conviction or sentence and the date: _____

_____

V.  State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite
no cases or statutes):

$300,000 for Cruel + Unusual Punishment _____

$300,000 for Negligence _____

VI.  AFFIRMATION.  By my signature below, I swear or affirm under penalty of perjury that the facts
set out in this complaint are true and correct.

2-8-14
Date

_Matt Hollin_
(Signature of Plaintiff Under Penalty of Perjury)

_3800 Fountain_
Current Mailing Address

_Atmore, AL 36503_

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN
HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE
COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR
FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Legal Mail

Matthew Gatlin 281586
Fountain Correctional Facity
3800 Fountain
Atmore, Al. 36503

US District Court
113 St. Joseph St.
Mobile, Al. 36602

LEGAl