# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW S. GATLIN, : | |
| AIS #281586 : | |
|     Plaintiff, : | |
| : | |
| vs. : | CIVIL ACTION 14-63-KD-M |
| : | |
| CYNTHIA STEWART, : | |
|     Defendant. : | |
| : | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge dated August 14, 2014 and made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Defendant Stewart's Motion for Summary Judgment is **GRANTED,** and Plaintiff's claim against Defendant Stewart is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **15**th day of **September 2014.**

                      /s/ Kristi K. DuBose
                      **KRISTI K. DuBOSE**
                      **UNITED STATES DISTRICT JUDGE**